# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# PHOENIX DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| RITA MARIE IPPOLITO-PAROUSE, | ) | Case No. 2:18-bk-06889-EPB |
| Debtor(s) | ) | |
| | ) | BANKRUPTCY JUDGE |
| | ) | EDDWARD P BALLINGER |

## REQUEST OF PRA RECEIVABLES MANAGEMENT, LLC
## FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that PRA Receivables Management, LLC, as authorized agent for Synchrony Bank (Discount Tire/SYCC [Last four digit of account:1444]), a creditor in the above-captioned chapter 7 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

 Synchrony Bank
 c/o PRA Receivables Management, LLC
 PO Box 41021
 Norfolk, VA 23541
 Telephone: (877) 829-8298
 Facsimile: (757) 351-3257
 E-mail: claims@recoverycorp.com

Dated: Norfolk, Virginia
June 14, 2018

                 By: /s/ Valerie Smith

                 Valerie Smith
                 c/o PRA Receivables Management, LLC
                 Senior Manager
                 PO Box 41021
                 Norfolk, VA 23541
                 (877) 829-8298

Assignee Creditor: Discount Tire/SYCC [Last four digit of account:1444]