```
United States Bankruptcy Court
                                          District of Arizona
In re:                                                                      Case No. 18-06889-EPB
Rita Marie Ippolito-Parouse                                                 Chapter 7
        Debtor                          CERTIFICATE OF NOTICE
District/off: 0970-2          User: admin                  Page 1 of 2                    Date Rcvd: Jun 18, 2018
                              Form ID: 309A                Total Noticed: 28
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2018.
```
db              Rita Marie Ippolito-Parouse,   10316 E. Verbena Lane,   Scottsdale, AZ  85255
15084409       +Bank of America, N.A.,   PO Box 45144,   Jacksonville FL 32232-5144
15084414       +Citicards CBNA,   PO Box 6190,   Sioux Falls SD 57117-6190
15084418       +Honor Health-Scottsdale Shea Med Center,   9003 E. Shea Blvd.,   Scottsdale AZ 85260-6709
15084420       +Hyundai Financial Leasing,   PO Box 105291,   Atlanta GA 30348-5291
15084423        Macy's,   PO Box 78029,   Phoenix AZ 85062-8029
15084424       +Maricopa Ambulance LLc,   PO Box 660030,   Dallas TX 75266-0030
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: kyle@kinneylaw.net Jun 19 2018 01:00:06      KYLE A. KINNEY,
                 LAW OFFICES OF KYLE A. KINNEY, PLLC,   1717 N 77TH ST., SUITE 6,   SCOTTSDALE, AZ  85257
tr              EDI: FRWBROWN.COM Jun 19 2018 04:48:00      ROGER W. BROWN,   P.O. BOX 32967,
                 PHOENIX, AZ  85064-2967
smg             EDI: AZDEPREV.COM Jun 19 2018 04:48:00      AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
                 1600 W. MONROE, 7TH FL.,   PHOENIX, AZ  85007-2650
15084410        EDI: BANKAMER.COM Jun 19 2018 04:48:00      Bank of America, N.A.,   PO Box 982238,
                 El Paso TX 79998
15084406        EDI: BANKAMER.COM Jun 19 2018 04:48:00      Bank of America,   PO Box 982238,   El Paso TX 79998
15084408        EDI: BANKAMER.COM Jun 19 2018 04:48:00      Bank of America, N.A.,   PO Box 15220,
                 Wilmington DE 19886-5220
15084407        EDI: BANKAMER.COM Jun 19 2018 04:48:00      Bank of America, N.A.,   PO Box 2759,
                 Jacksonville FL 32203-2759
15084411       +EDI: TSYS2.COM Jun 19 2018 04:48:00      Barclays Bank Delaware,   PO Box 8803,
                 Wilmington DE 19899-8803
15084412        EDI: CAPITALONE.COM Jun 19 2018 04:48:00      Capital One,   15000 Capital One Drive,
                 Henrico VA 23238
15084413       +EDI: CAPITALONE.COM Jun 19 2018 04:48:00      Capital One Bank USA Na,   PO Box 30281,
                 Salt Lake City UT 84130-0281
15084415       +EDI: WFNNB.COM Jun 19 2018 04:48:00      Comenity Capital Bank Overstock.com,   PO Box 182120,
                 Columbus OH 43218-2120
15084416       +EDI: CRFRSTNA.COM Jun 19 2018 04:48:00      Credit First N.A.,   6275 Eastland Rd.,
                 Brookpark OH 44142-1399
15084417        EDI: DISCOVER.COM Jun 19 2018 04:48:00      Discover Financial Services,   PO Box 15316,
                 Wilmington DE 19850
15084419        EDI: HY11.COM Jun 19 2018 04:48:00      Hyundai Finance,   10550 Talbert Avenue,
                 Fountain Valley CA 92708
15084421        EDI: CBSKOHLS.COM Jun 19 2018 04:48:00      Kohl's Credit,   PO BOX 3043,
                 Milwaukee WI 53201-3043
15084422       +EDI: CBSKOHLS.COM Jun 19 2018 04:48:00      Kohls/Capital One,   N56 W 17000 Ridgewood Drive,
                 Menomonee Falls WI 53051-5660
15084425       +EDI: MERRICKBANK.COM Jun 19 2018 04:48:00      Merrick Bank,   PO Box 9201,
                 Old Bethpage NY 11804-9001
15085730       +EDI: PRA.COM Jun 19 2018 04:48:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
15084426       +EDI: RMSC.COM Jun 19 2018 04:48:00      Synchrony Bank Amazon,   PO Box 960013,
                 Orlando FL 32896-0013
15084427        EDI: RMSC.COM Jun 19 2018 04:48:00      Synchrony Bank dba Walmart,   Attn: Bankruptcy Dept,
                 PO BOX 965060,   Orlando FL 32896-5060
15084428       +EDI: USAA.COM Jun 19 2018 04:48:00      USAA Savings Bank,   10750 Mc Dermott Fwy,
                 San Antonio TX 78288-1600
                                                                                               TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                              Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2018 at the address(es) listed below:

      KYLE A. KINNEY　　on behalf of Debtor Rita Marie Ippolito-Parouse kyle@kinneylaw.net, paulahillock@kinneylaw.net

      ROGER W. BROWN　　rogerbrowntrustee@live.com, rwb@trustesolutions.net,rrwwbb@hotmail.com

      U.S. TRUSTEE　　USTPRegion14.PX.ECF@USDOJ.GOV

                                                                                                        TOTAL: 3

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Rita Marie Ippolito–Parouse** | Social Security number or ITIN | xxx–xx–6175 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of Arizona** | Date case filed for chapter | **7  6/13/18** |
| Case number: | **2:18–bk–06889–EPB** | | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/17

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| **1.** | **Debtor's full name** | Rita Marie Ippolito–Parouse | |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 10316 E. Verbena Lane<br>Scottsdale, AZ 85255 | |
| **4.** | **Debtor's attorney**<br>Name and address | KYLE A. KINNEY<br>LAW OFFICES OF KYLE A. KINNEY, PLLC<br>1717 N 77TH ST., SUITE 6<br>SCOTTSDALE, AZ 85257 | Contact phone 480–269–7077<br>Email: kyle@kinneylaw.net |
| **5.** | **Bankruptcy trustee**<br>Name and address | ROGER W. BROWN<br>P.O. BOX 32967<br>PHOENIX, AZ 85064–2967 | Contact phone 602–274–4231<br>Email: rogerbrowntrustee@live.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| Debtor **Rita Marie Ippolito–Parouse** | | Case number **2:18–bk–06889–EPB** |

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | **U.S. Bankruptcy Court, Arizona**<br>**230 North First Avenue, Suite 101**<br>**Phoenix, AZ 85003–1727** | Office Hours: 9:00 am – 4:00 pm Monday–Friday<br><br>Contact Phone: (602) 682–4000<br>Date: 6/18/18 |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 16, 2018 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/14/18** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br>Deadline for holder(s) of a claim secured by a security interest in the debtor's principal residence (Rule 3002(c)(7)(A): **70 Days from Case Filed Date.** | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |