# TIFFANY & BOSCO
### P.A.
**SEVENTH FLOOR CAMELBACK ESPLANADE II**
**2525 EAST CAMELBACK ROAD**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
ljm@tblaw.com

18-03024

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:18-bk-06889-EPB |
| Rita Marie Ippolito-Parouse | Chapter 7 |
| Debtor. | NOTICE OF FILING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND REQUIREMENT TO FILE |
| Bank of America, N.A. | |
| Movant, | |
| vs. | |
| Rita Marie Ippolito-Parouse, Debtor; Roger W. Brown Trustee. | |
| Respondents. | |

    NOTICE IS HEREBY GIVEN that the above Movant has filed a motion requesting relief from the automatic stay, the details of which are as follows:

Movant asserts that there is no equity in the property which is the subject of the Motion for Relief from Stay, and/or Respondent has not provided Movant with adequate protection with respect to such property. Therefore, Movant is entitled to an Order Lifting Stay with respect to such property.

FURTHER NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 4001 if no objection is filed with the court and a copy served on Movant whose address is:

>Bank of America, N.A.
>c/o Leonard J. McDonald, Esq.
>Seventh Floor Camelback Esplanade II
>2525 East Camelback Road
>Phoenix, AZ 85016

WITHIN 14 DAYS of service of the motion, the motion for relief from the automatic stay may be granted without further hearing.

DATED this 1st day of August, 2018

TIFFANY & BOSCO, P.A.

By  /s/ LJM # 014228
Mark S. Bosco
Leonard J. McDonald
Seventh Floor Camelback Esplanade II
2525 E. Camelback Road
Phoenix, Arizona 85016
Attorneys for Movant

Copies of the foregoing mailed this
1st day of August, 2018 to:

Rita Marie Ippolito-Parouse
10316 E. Verbena Lane
Scottsdale, AZ  85255
Debtor

Kyle A. Kinney
1717 N. 77th St., Suite 6
Scottsdale, AZ  85257
Attorney for Debtor

Roger W. Brown
P.O. Box 32967
Phoenix, AZ  85064-2967
Trustee

Michael P. Lane
Lane & Nach, P.C.
2001 East Campbell Avenue
Suite 103
Phoenix, AZ 85016
Attorney for Trustee

U.S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ 85003-1706

By: Julie Bush